**D.D. 87-32.** Mahoning Cty. Bar. Assn. v. Pagac. Reported at 39 Ohio St. 3d 1, 528 N.E. 2d 948. On motion to reduce costs taxed and alternatively on motion to pay costs taxed by installments. Motion to pay costs taxed by installments is granted.

**D.D. 87-33.** Disciplinary Counsel v. Jones. Reported at 38 Ohio St. 3d 338, 528 N.E. 2d 190. On motion for extension of time to pay fine. Motion granted for a period of up to sixty days.

Douglas, J., not participating.

**D.S. 88-6.** In re Badalian. Pursuant to the provisions of Section 9(a)(iii) of Gov. Bar R. V, John M. Badalian is hereby suspended from the practice of law for an indefinite period.

**D.S. 88-7.** In re Freedman. Pursuant to the provisions of Section 9(a)(iii) of Gov. Bar R. V, Arthur Freedman is hereby suspended from the practice of law for an indefinite period.